IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DANIEL KEVIN SCHMIDT,

    Petitioner,

vs.        CASE NO. 5:08cv329/RS-MD

WALTER A. McNEIL, Secretary of
Florida Department of Corrections,

    Respondent.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 20) and Petitioner's Objection to Magistrate Judge's Report and Recommendation (Doc. 27). I have considered Petitioner's objection *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Petition for Habeas Corpus (Doc. 1) is **denied**.

3. The clerk is directed to close the file.

**ORDERED** on January 7, 2010.

    /S/ Richard Smoak
    **RICHARD SMOAK**
    **UNITED STATES DISTRICT JUDGE**